## (June 25, 1956)

■ EDWARD R. DOWNING, Appellant, v. HUNT, HILL & BETTS, Respondents.— Motion to dismiss appeals granted, without costs, and appeals dismissed. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ CHARLES H. GRIFFITHS, Respondent, v. YONKERS CONTRACTING CO., INC., Appellant. (Action No. 1.) LEE P. DAVIS, Respondent, v. YONKERS CONTRACTING CO., INC., Appellant. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 1 A D 2d 1020.]

■ In the Matter of the Application of MYRON J. SHON for Reinstatement as an Attorney.— Application granted, petitioner reinstated and his name ordered to be restored to the roll of attorneys. The application for reinstatement is supported by the recommendations of judicial officers and others, and the Westchester County Bar Association, expressed in a resolution adopted by its board of directors. In addition, the Committee on Character and Fitness for the Ninth Judicial District, after an investigation covering the period from July 15, 1941, has found the petitioner to be a person of good moral character and fit to be reinstated to practice. Present — Wenzel, Murphy, Ughetta and Hallinan, JJ.; Nolan, P. J., not voting.

■ RICHARD E. LONG, an Infant by RICHARD V. LONG, His Guardian ad Litem, Respondent, v. ALEXANDER NICOLAY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ ERNEST PUEHL et al., Respondents, v. ROCCO MANCINI, Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 1 A D 2d 1035.]

■ AUSTIN G. RIESENBERGER, Appellant, v. GLADYS SULLIVAN, Also Known as GLADYS RIESENBERGER, Respondent. (Appeal No. 1.) — Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $50 costs. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 1 A D 2d 1049.]

■ NORMAN J. WEISMAN et al., Respondents, v. AWNAIR CORPORATION OF AMERICA et al., Appellants.— Motion to resettle order denied, without costs. On the court's own motion, the decision handed down June 4, 1956 (ante, p. 685) is amended by striking from the decretal paragraph the words "with leave to respondents to serve an amended complaint within ten days after the entry of the order hereon." Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.